UNITED STATES DISTRICT AND BANKRUPTCY COURTS

FOR THE DISTRICT OF COLUMBIA

**BENJAMIN P. ALLEN (Plaintiff)**

Basak Mah. Yunus Emre Cad.
Yenikoy Sitesi D17 Blok Daire 10
Basaksehir Istanbul Turkey
(929) 352-5343

VS.

**MARY P. ADDI (Defendant)**

10312 Aspen Ct.
Elyria, OH 44035,

**TRT World (Defendant)**

1819 L Street NW, Suite 700
Washington DC, 20036

CIVIL ACTION NO:

Case: 1:20−cv−01650  JURY DEMAND
Assigned To : Unassigned
Assign. Date : 7/14/2020
Description: Pro Se Gen. Civ. (F−DECK)

## COMPLAINT
## FOR DEFAMATION

Plaintiff, BENJAMIN P. ALLEN ("Mr. Allen") for his complaint alleges as follows:

### THE PARTIES

1. Plaintiff Mr. Allen is a resident of Turkey.

2. Defendant Mary Patricia Addi ("Mary Addi") is a resident of the State of Ohio.

3. Defendant TRT World aka "Turkish Radio Television World" ("TRT World") is an international news channel with a broadcast center in Washington DC.

### JURISDICTION AND VENUE

4. Pursuant to 28 U.S.C. § 1332, this Court has original jurisdiction over Plaintiff's claims based on the parties' diversity and because the amount in controversy exceeds $75,000.

RECEIVED
JUL 14 2020
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

5. Venue is appropriate in this judicial district, pursuant to 28 U.S.C. § 1391, because this Court has personal jurisdiction over Defendant (TRT World) and by reason of the fact that, among other things, this is a judicial in which one of the Defendant resides.

## FACTUAL BACKGROUND

6. TRT World aired a program named "A Night of Defiance: Interview with Mary Addi" about Mr. Allen on July 15, 2019 and they published a copy of the recording on YouTube (https://www.youtube.com/watch?v=LkiqUFv9R38). TRT World and Mary Addi told the viewers that Mr. Allen is a terrorist and they tried to build hate against Mr. Allen and they made Mr. Allen and his family an open target for people who are unaware of the truth.

7. Since Mr. Allen rejected to settle the divorce case in Mary Addi's terms, Mary Addi put a dangerous plan for the well-being of Mr. Allen and his family in Turkey into actions with TRT World.

8. Mr. Allen is an innocent person who is against any illegal activities. He is publicly known to be against any terrorist organization. He supports freedom of speech. But, in this program, he was accused of being a terrorist. TRT World has not contacted him before airing the program to let him defend himself and tell the truth. The whole program was prepared to show to the public that Mr. Allen was a terrorist.

9. There was a failed coup attempt on July 15, 2016 in Turkey.

10. "The coup attempt, which was organised by a group of soldiers who also held parallel membership with the Fetullah Terrorist Organization (FETO), aimed to assassinate President Recep Tayyip Erdoğan and replace both the constitutional order and

parliamentary democracy with a military junta." (https://www.tccb.gov.tr/assets/dosya/2016-12-02-onsorudafeto-tr-en.pdf) ("Website")

11. Fetullah Terrorist Organization aka "FETO", aka "the Gulen Movement" has around 200 charter schools in the U.S.

12. Mary Addi and Mr. Allen used to work at one of the charter schools of the Gulen Movement in the State of Ohio. They were married in 2008.

13. Mary Addi and her family kicked Mr. Allen from his own house in April 2018. Mr. Allen was worried about his life and left his property because Mary Addi and her family are very short-tempered and dangerous when they are angry.

14. Mr. Allen opened a divorce case in Lorain County, Ohio in April 2018.

15. Mary Addi has been harassing Mr. Allen, blackmailing him, making death threats against Mr. Allen and his family, and hurting Mr. Allen's reputation by her lies and ill-fated statements using media, TV channels and her website in order to have him signed a divorce settlement that in her favors.

16. Mary Addi sent multiple emails to Mr. Allen. In her emails to Mr. Allen, Mary Addi said

> "Hope that you and your family are proud of your collective efforts and illegal activities, because now you will pay **the ultimate price,** as you well should." (Exhibit E01)

> "I cannot be responsible for your fate, you and your family have done this all, and you and your family will pay **the ultimate price** for your illegal activities." (Exhibit E02)

> "Better settle this soon or you will both be in a Turkish jail." (Exhibit E03)

> "...I have been working on exposing Gulenists like you and Nahit for 10 years, so I can easily wait another 10 to see all of you in jail where you belong." (Exhibit E04)

> "Now my satisfaction will come when you are convicted and arrested for contempt and sitting in a Turkish prison contemplating what a stupid

*man you were to do what you did....*" (Exhibit E04)

Mary Addi is not only harassing Mr. Allen with these emails, but furthermore, making threats against the life of Mr. Allen and his family. By using her connections at Turkish Government, Mary Addi blackmails Mr. Allen to settle the divorce case and to pay her everything she asks, and she tries to make Mr. Allen and his family be arrested and put in Turkish prison.

17. Mary Addi sent an email to Mr. Allen. (Exhibit E05)

    In her email, Mary Addi sent an email to the President of Republic of Turkey and she lied about Mr. Allen and the divorce case. Mary Addi said to the President of Turkish Republic in part

    *"Both my husband and his brother Nahit Emanet were involved in the Gulen Movement and their recent criminal actions make me believe that they still are."*

    In her email, Mary Addi tried to make Mr. Allen a target and an enemy of the President of Turkish Republic. She puts his life in danger with her actions. She also forwarded the same email to the Ambassador of Turkish Republic in the United States.

18. Mary Addi sent multiple emails to Mr. Allen. (Exhibit E06, E07)

    In her emails to Mr. Allen, Mary Addi states that she updated her website about Mr. Allen, and she continues to lie and to use ill-fated statements about Mr. Allen on her website to ruin Mr. Allen's reputation.

19. Mary Addi states in her website that she does not get paid and she works for free

    *"And yes -- we work for free."* (Exhibit E08)

20. In her response to Mr. Allen's interrogatories, Mary Addi confessed that she was paid by the Turkish government. (Exhibit E09)

*"State what source paid your legal fees to Chandra Law Firm regarding case number CV 15839750, include amount paid, name of payor, and date(s) of payment."*

Mary Addi's response in part to the above question is

*"I did not pay Chandra Law Firm any fees. I do not know what source specifically paid the fees associated with the case. I presume that Amsterdam Law Firm paid the fees via an unknow third source, possibly the Turkish government…."*

21. Mary Addi has been publishing false, injurious, and defamatory statements about Mr. Allen on her website, on her emails to Turkish government officials, on TRT World and she tries to put him in jail unless Mr. Allen settles the divorce case in her terms.

22. There was a failed coup attempt in Turkey on July 15, 2016. TRT World aired a program named "A Night of Defiance: Interview with Mary Addi" about Mr. Allen on July 15, 2019 (the third anniversary of the failed coup attempt) and they published a copy of the recording on YouTube (https://www.youtube.com/watch?v=LkiqUFv9R38). By showing Mr. Allen's image on the TV on the third anniversary of the failed coup attempt, TRT World and Mary Addi tried to build hate of people against Mr. Allen and they made him and his family an open target for people who are unaware of the truth.

23. Mr. Allen was interviewed by CBS Television (https://www.cbsnews.com/news/is-turkish-religious-scholar-fethullah-gulen-funding-movement-abroad-through-us-charter-schools/) about the Gulen Movement and their illegal activities in the U.S.

24. TRT World used the CBS television's interview on their own program without the audio. The whole truth was distorted in the TRT World program called "A Night of Defiance: Interview with Mary Addi."

In this program,

TRT Interviewer said

> "Okay you say your husband is a member of FETO (FEttulahci Terrorist Organization) so where is he now Mary?"

Mary Addi said

> "It makes me wonder he says that he's not a Gulenist anymore but certainly his actions have proven otherwise he certainly acts like an active Gulenist."

TRT World and Mary Addi in this program told that Mr. Allen was an active member of the FETO Terrorist Organization. Actually, Mr. Allen is against them and Mr. Allen has worked with several Federal Agencies and told Federal Agencies about their illegal activities in the U.S. and Mr. Allen also contacted Turkish authorities in Turkey about their illegal activities. Mr. Allen also told the Gulen Movement's illegal activities in CBS Television's interview. On the contrary TRT World's program distorted the truth and spread defamatory information about Mr. Allen.

25. Mr. Allen has suffered damage because of TRT World and Mary Addi's false and defamatory statements. Their action costs him and his family a lot of anxiety, it affects his career and his health condition, and he is worried for his life.

26. In particular, Mr. Allen has been exposed to death threats by Mary Addi which causes him both emotional and economic damages.

27. In making the defamatory statement identified herein, Mary Addi and TRT World acted with malice, oppression, or fraud, and is thus responsible for punitive damages in an amount to be proven at trial according to proof.

28. Mary Addi's statements on the TRT World program exposed Mr. Allen to hatred, shame, contempt, and discouraged others from associating or dealing with him.

29. As a result, Mr. Allen has suffered damages in an amount to be proven at trial, including but not limited to harm to his reputation, emotional harm, exposure to contempt, and shame, and death threats to his person and life.

30. TRT World has millions of viewers and as of 7/13/2020, TRT World has around 892,000 subscribers on YouTube.

## PRAYER FOR RELIEF

1. Compensatory damages in an amount to be proven at trial;
2. Punitive damages;
3. Pre-judgment and post-judgment interest;
4. Removal of the video on TRT World's YouTube channel
5. An apology letter from both TRT World and Mary Addi
6. Costs of suit; and
7. For such other and further relief as the Court may deem just and proper.

## DEMAND FOR TRIAL BY JURY

Plaintiff demands a trial by jury on all causes so triable.

BEJAMIN P. ALLEN
Yunus Emre Cad. Yenikoy
Sitesi D17 Blok Daire 10
Basaksehir Istanbul Turkey
benpallen@hotmail.com
(929) 352-5343